

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| JUAN M. PUENTES, | § | No. 08-23-00168-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law Number One |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC#2020C07161) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF FEBRUARY 2024.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.